# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
## For the period July 01, 2017 through June 30, 2018

Case No:  16-16751-jps                Filed:  December 09, 2016

Debtor:  MICHAEL PERRY          Joint Debtor:  KAREN ALEXANDER-PERRY
1256 STONEWOOD COURT                 1256 STONEWOOD COURT

PAINESVILLE TWP, OH  44077           PAINESVILLE TWP, OH  44077

Attorney:  HOWARD S RABB        Required Plan Payment:   $1,600.00 MONTHLY
(440) 946-7656

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 29,169.17 |
| Disbursements: | | |
| Principal | 21,886.89 | |
| Interest | 1,515.53 | |
| Attorney Fee | 4,255.50 | |
| Trustee Fee | 1,511.25 | |
| | | 29,169.17 |
| Funds on Hand: | 0.00 | |
| | | 29,169.17 |

254                    001100010000610203000

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul 11, 2017 | 738.46 | Jul 24, 2017 | 738.46 | Aug 07, 2017 | 738.46 | Aug 21, 2017 | 738.46 | Sep 06, 2017 | 738.46 |
| Sep 18, 2017 | 738.46 | Oct 02, 2017 | 738.46 | Oct 16, 2017 | 738.46 | Oct 31, 2017 | 738.46 | Nov 13, 2017 | 738.46 |
| Nov 28, 2017 | 738.46 | Dec 11, 2017 | 738.46 | Dec 26, 2017 | 738.46 | Jan 08, 2018 | 738.46 | Jan 23, 2018 | 738.46 |
| Feb 05, 2018 | 738.46 | Feb 20, 2018 | 738.46 | Mar 06, 2018 | 738.46 | Mar 19, 2018 | 738.46 | Apr 02, 2018 | 738.46 |
| Apr 16, 2018 | 738.46 | Apr 30, 2018 | 738.46 | May 16, 2018 | 738.46 | Jun 14, 2018 | 738.46 | Jun 18, 2018 | 738.46 |
| Jun 25, 2018 | 738.46 | | | | | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | DISCOVER BANK | 9414 | Unsecured | 954.88 | .00 |
| 001NA | DISCOVER BANK | | Unsecured | .00 | .00 |
| 002 | PAINESVILLE CREDIT UNION | 2025 | Secured | 4,554.72 | 845.28 |
| 002NA | WELTMAN WEINBERG & REIS CO LPA | | Unsecured | .00 | .00 |
| 003NA | SPRINGLEAF | | Unsecured | .00 | .00 |
| 004 | PAINESVILLE CREDIT UNION | 2024 | Secured | 1,247.51 | 40.85 |
| 004NA | WELTMAN WEINBERG & REIS | 2024 | Unsecured | .00 | .00 |
| 005 | QUANTUM3 GROUP LLC | 3129 | Unsecured | 161.17 | .00 |
| 006 | MIDLAND FUNDING LLC | 9061 | Unsecured | 1,572.34 | .00 |
| 007 | MIDLAND FUNDING LLC | 1311 | Unsecured | 748.24 | .00 |
| 007na | LOWES | | Unsecured | .00 | .00 |
| 008NA | PNC BANK | | Unsecured | .00 | .00 |
| 008NA1 | EDWARD J BOLL III | | Unsecured | .00 | .00 |
| 009 | PAINESVILLE CREDIT UNION | 2021 | Unsecured | 1,200.91 | .00 |
| 009NA | WELTMAN WEINBERG & REIS | | Unsecured | .00 | .00 |
| 010 | DEPARTMENT STORES NATIONAL BANK | 6414 | Unsecured | 308.99 | .00 |
| 011 | LVNV FUNDING LLC | 8738 | Unsecured | 2,836.49 | .00 |
| 012 | CAVALRY SPV I LLC | 9386 | Unsecured | 568.91 | .00 |
| 012NA | CAVALRY SPV I LLC | | Unsecured | .00 | .00 |
| 012NA1 | SYNCHRONY BANK | | Unsecured | .00 | .00 |
| 013 | CAVALRY SPV I LLC | 8820 | Unsecured | 887.84 | .00 |
| 013NA | CAVALRY SPV I LLC | | Unsecured | .00 | .00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES LLC | 4325 | Unsecured | 500.13 | .00 |
| 014NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES LLC | 3840 | Unsecured | 425.81 | .00 |
| 015NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 799 | HOWARD S RABB | | Attorney Fees | 4,255.50 | .00 |



255                    001100010000610303000

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | CHASE | 9910 | Unsecured | .00 | .00 |
| | THD/CBNA | 4069 | Unsecured | .00 | .00 |
| | CARDMEMBER SERVICES | | Unsecured | .00 | .00 |
| | CITI CARDS | | Unsecured | .00 | .00 |
| | SYNCHRONY BANK | 3961 | Unsecured | .00 | .00 |
| | HOME DEPOT CREDIT SERVICES | | Unsecured | .00 | .00 |
| | EDWARD JONES | | Unsecured | .00 | .00 |
| | CITY OF E CLEVELAND | 0377 | Unsecured | .00 | .00 |
| | DERRICK WHEATT | 0377 | Unsecured | .00 | .00 |
| | EUGENE JOHNSON | 0611 | Unsecured | .00 | .00 |
| | LAURESE GLOVER | 0377 | Unsecured | .00 | .00 |
| | CITY OF E CLEVELAND | | Unsecured | .00 | .00 |
| | CHASE | 8003 | Unsecured | .00 | .00 |
| | ELAN FINANCIAL SERVICES | 0400 | Unsecured | .00 | .00 |
| | CHASE | 8901 | Unsecured | .00 | .00 |
| | CHASE | 5953 | Unsecured | .00 | .00 |

Total Paid To Date:  20,223.44  886.13

256                    001100010000610303000

